UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RAFAEL PANCHO PEREZ,<br>Petitioner,<br>v.<br>BRUCE SCOTT, Warden, Northwest ICE Processing Center; *et al.*,<br>Respondents. | No. 2:26-CV-04109-SAB<br><br>**ORDER REASSIGNING CASE** |

The above-captioned case is reassigned to Judge Tiffany M. Cartwright for all further proceedings. Judge Stanley A. Bastian is no longer assigned to the case.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Clerk of Court shall reassign the above-captioned case to Judge Tiffany M. Cartwright.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to counsel and Judge Cartwright.

**DATED** this 29th day of October 2026.

Stanley A. Bastian
United States District Judge